No. 15,175.

ESTATE OF JOHNSTON.
JOHNSTON *v.* FOSTER.
(132 P. [2d] 978)

Decided December 28, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. STEVENS PARK KINNEY, for plaintiff in error.

Mr. ROBERT M. GILBERT, for defendant in error.

No. 15,190.

HANEBUTH, MANAGER OF SAFETY AND EXCISE *v.*
PEOPLE EX REL. VOCKEL.
(132 P. [2d] 978)

Decided December 28, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. MALCOLM LINDSEY, Mr. ROBERT J. KIRSCHWING, for plaintiff in error.

Mr. IVAN A. ALLEN, Mr. L. E. TALKINGTON, for defendant in error.